The Law Office
of
## HERBERT G. FEUERHAKE
*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

HERBERT G. FEUERHAKE, ESQ.                                    FACSIMILE TRANSMISSION
MEMBER OF DE & CT BARS                                              (302) 658-6105

March 21, 2005

Richard W. Hubbard, Esq.
Aaron R. Goldstein, Esq.
Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

**Re: Cassandra Arnold v. Ruth Ann Minner, et. al., No. 04-1346-JJF**

Dear Counsel:

The purpose of this letter is to begin the process of coordinating our initial disclosures and establishing our plan for discovery, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), and to generate the written report identified in Rule 26(f). Our goal is to move the case towards the scheduling conference contemplated in Local Rule 16.2(b) and FRCP 16(b).

I have written to Judge Farnan to request an "initial conference" per Local Rule 16.2(a). A copy of that letter is enclosed.

Please contact me at your earliest convenience to commence discussion of these matters.

Very truly yours,

Herbert G. Feuerhake, Esq.

Cc: Jeffrey K. Martin, Esq.