The Law Office
of
**HERBERT G. FEUERHAKE**
*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

HERBERT G. FEUERHAKE, ESQ.
MEMBER OF DE & CT BARS

FACSIMILE TRANSMISSION
(302) 658-6105

March 21, 2005

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, Delaware 19801

**Re: Cassandra Arnold v. Ruth Ann Minner, et. al., No. 04-1346-JJF**

Dear Judge Farnan:

I represent, along with Jeffrey K. Martin, Esq., Cassandra Arnold, the plaintiff in the above-referenced matter.

The purpose of this letter is to request a date and time for the "initial conference" identified in Local Rule 16.2(a).

We have contacted counsel for the defendants, Richard Hubbard, Esq. and Aaron Goldstein, Esq., with regard to the need to coordinate our initial disclosures and plan for discovery, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), and to generate the written report identified in Rule 26(f).

Our goal in requesting the initial conference (and in contacting Mr. Hubbard and Mr. Goldstein with regard to the Rule 26(f) matters) is to move the case towards the scheduling conference contemplated in Local Rule 16.2(b) and FRCP 16(b).

If you have any questions, please do not hesitate to contact me at any time.

Very truly yours,

Herbert G. Feuerhake, Esq.

Cc: Richard Hubbard, Esq.
    Aaron Goldstein, Esq.
    Jeffrey K. Martin, Esq.