

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
| **Carvel State Building** | **102 West Water Street** | **114 E. Market Street** |
| **820 N. French Street** | **Dover, DE 19901** | **Georgetown, DE 19947** |
| **Wilmington, DE 19801** | **Criminal Division (302) 739-4211** | **(302) 856-5352** |
| **Criminal Division (302) 577-8500** | **Fax: (302) 739-6727** | **Fax: (302) 856-5369** |
| **Fax: (302) 577-2496** | **Civil Division (302) 739-7641** | **TTY: (302) 856-2500** |
| **Civil Division (302) 577-8400** | **Fax: (302) 739-7652** | |
| **Fax: (302) 577-6630** | **TTY: (302) 739-1545** | |
| **TTY: (302) 577-5783** | | |

**PLEASE REPLY TO:**

March 22, 2005

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

      Re:    Arnold v. Minner, et al;
               <u>C.A.No. 04-1346-JJF</u>

Dear Judge Farnan:

      The purpose of this letter is to respond to Plaintiff's letter to Your Honor dated March 21, 2005 which requests a Rule 16 conference to formulate a discovery plan. The Defendants oppose such action at this time.

      The parties have recently completed briefing the Defendants' Motions to Dismiss in this matter. As these motions are potentially case dispositive, the Defendants object to beginning the discovery process in this matter until the Court rules upon the Defendants' pending motions to dismiss. The purpose of Rule 12 is to avoid needless and wasteful expenditures of time and effort by engaging in discovery in cases where a defendant raises case-dispositive, threshold legal issues. The parties have now fully briefed these issues and await a decision of the Court.

      Accordingly, please accept this letter as the Defendants' joint opposition to Plaintiff's request for an "initial conference" pursuant to Rule 16 of the Federal Rules of Civil Procedure or any effort to begin the discovery process prior to the Court's decision upon Defendants' motions to dismiss.

The Honorable Joseph J. Farnan, Jr.
March 22, 2005
Page 2

                                                Very truly yours,

                                                /s/ Aaron R. Goldstein

                                                Aaron R. Goldstein
                                                Richard W. Hubbard
                                                Deputy Attorneys General

cc:     Jeffrey K. Martin, Esquire
          Herbert G. Feuerhake, Esquire