# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

March 29, 2005

Herbert G. Feuerhake, Esquire
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801

Aaron R. Goldstein, Esquire
State of Delaware Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801

RE: Arnold v. Minner, et al.
<u>Civil Action No. 04-1346 JJF</u>

Dear Counsel:

I have received Plaintiff's request for a Rule 16 Scheduling Conference which is opposed by Defendants.

Briefing on the pending motion to dismiss was completed in mid-February and the matter is now under advisement. Once a decision is entered on the motion a Rule 16 Order will be entered.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Jeffrey K. Martin, Esquire
    Richard W. Hubbard, Esquire
    Clerk, U.S. District Court