```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

CASSANDRA ARNOLD,                :
                                 :
         Plaintiff,              :
                                 :
    v.                           :   Civil Action No. 04-1346-JJF
                                 :
RUTH ANN MINNER, STANLEY         :
TAYLOR, PAUL HOWARD, THOMAS      :
CARROLL, LAWRENCE McGUIGAN,      :
CLYDE SAGERS, DAVID E. PIERCE,   :
Jr., JOHN SALAS, STEVEN BOONE,   :
BRANDON RICHARDSON, WILLIAM      :
FAUST, LACHELLE GREEN, RONALD    :
HOSTERMAN, CERTAIN UNKNOWN       :
INDIVIDUAL EMPLOYEES OF THE      :
DEPARTMENT OF CORRECTION, and    :
STATE OF DELAWARE DEPARTMENT     :
OF CORRECTION,                   :
                                 :
         Defendants.             :

## O R D E R

At Wilmington, this 24 day of June 2005, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1.   The Motion To Dismiss/Summary Judgment Pursuant To Rules 12(b)(1), 12(b)(6) and 56(c) (D.I. 45) filed by Defendant, the State of Delaware Department of Correction (the "DOC") is **GRANTED**.

2.   The federal claims asserted by Plaintiff against the DOC are **DISMISSED**.

3.   The Clerk of the Court shall enter a Final Judgment Order in favor of Defendant DOC and against Plaintiff on her

state law claims.

    4.   The Motion To Dismiss filed by the Individual Defendants (collectively, "Defendants") (D.I. 41) is **GRANTED** as it pertains to the state law claims alleged in Count III and IV of Plaintiff's Complaint and **DENIED** as it pertains to the federal claims based on 42 U.S.C. § 1983 alleged in Count I and II of Plaintiff's Complaint.

 

*/s/ Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE