IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CASSANDRA ARNOLD,                :
                                 :
            Plaintiff,           :
                                 :
    v.                           :   Civil Action No. 04-1346-JJF
                                 :
RUTH ANN MINNER, et al.,         :
                                 :
            Defendants.          :

## O R D E R

WHEREAS, Plaintiff filed a (1) Motion For Leave Of Court To Exceed The Answering Brief Page Limitation As Set Forth In Local Rule 7.1.3(4) (D.I. 48), (2) an unopposed Motion To File An Amended Plaintiff's Answering Brief To Individual Defendants' Opening Brief In Support Of Their Motion To Dismiss And Defendant State Of Delaware Department of Correction's Opening Brief In Support Of Its Motion To Dismiss/Summary Judgment Pursuant To Rules 12(b)(1), 12(b)(6) and 56(c) (D.I. 54), and (3) a Motion For Oral Argument (D.I. 58);

NOW THEREFORE, IT IS HEREBY ORDERED this 27 day of June 2005, that:

1.  Plaintiff's Motion For Leave Of Court To Exceed The Answering Brief Page Limitation As Set Forth In Local Rule 7.1.3(4) (D.I. 48) is **GRANTED.**

2.  Plaintiff's Motion To File An Amended Plaintiff's Answering Brief To Individual Defendants' Opening Brief In

Support Of Their Motion To Dismiss And Defendant State Of Delaware Department of Correction's Opening Brief In Support Of Its Motion To Dismiss/Summary Judgment Pursuant To Rules 12(b)(1), 12(b)(6) and 56(c) (D.I. 54) is **GRANTED.**

    3.    Plaintiff's Motion For Oral Argument (D.I. 58) is **DENIED.**

_____
UNITED STATES DISTRICT JUDGE