## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1346-JJF |
| | ) | |
| RUTH ANN MINNER; STANLEY | ) | JURY TRIAL DEMANDED |
| TAYLOR; PAUL HOWARD; THOMAS | ) | |
| CARROLL;  LAWRENCE McGUIGAN; | ) | |
| CLYDE SAGERS; DAVID E. PIERCE, Jr.; | ) | |
| JOHN SALAS; STEVEN BOONE; | ) | |
| BRANDON RICHARDSON;  WILLIAM | ) | |
| FAUST; LACHELLE GREEN; RONALD | ) | |
| HOSTERMAN;  and CERTAIN | ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES | ) | |
| OF THE DEPARTMENT OF | ) | |
| CORRECTION; | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein on behalf of Defendants Governor Ruth Ann Minner, Commissioner Stanley Taylor, Bureau Chief Paul Howard, Warden Thomas Carroll, Warden Lawrence McGuigan, Cpt. Clyde Sagers, Deputy Warden David E. Pierce, Sgt. John Salas, Lt. Stephen Boone, Sgt. Brandon Richardson, Sgt. William Faust,  Lachelle Green, and Administrator Ronald Hosterman.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Aaron R. Goldstein
Aaron R. Goldstein, I.D. #3735
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

Dated: July 13, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 13, 2005, I electronically filed *Entry of Appearance*

with the Clerk of the Court using CM/ECF which will send notification of such filing to

the following: Jeffrey K. Martin, Esquire and Herbert G. Feuerhake

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us