IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1346-JJF |
| RUTH ANN MINNER, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the Court resolved the pending motions in the above-captioned matter;

WHEREAS, an Answer to the Complaint has been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **Friday, August 5, 2005**. Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

July 22, 2005
DATE

UNITED STATES DISTRICT JUDGE