# The Law Office of
# HERBERT G. FEUERHAKE

*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

HERBERT G. FEUERHAKE, ESQ.
MEMBER OF DE & CT BARS

FACSIMILE TRANSMISSION
(302) 658-6105

August 4, 2005

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, Delaware 19801

Re: **Cassandra Arnold v. Minner et al., Civ. No. 04-1346-JJF**

Dear Judge Farnan:

    Enclosed is a proposed Rule 16 scheduling order, agreed upon by the parties. The order tracks the format used by the Court and the local rules, except insofar as it allows for 30 days for an answering brief in response to a dispositive motion.

    On behalf of Plaintiff Cassandra Arnold, we would request that a date certain be set for trial. We believe that three weeks will be needed for the trial of this matter. In light of the dates that we have selected in the proposed scheduling order, we would request that this trial be scheduled during the first months of 2007.

    If you have any questions, please do not hesitate to contact me or my co-counsel in this matter, Jeffrey K. Martin, Esq.

Very truly yours,

Herbert G. Feuerhake, Esq.