**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1346-JJF |
| | ) | |
| RUTH ANN MINNER; STANLEY TAYLOR; | ) | |
| PAUL HOWARD; THOMAS CARROLL; | ) | |
| LAWRENCE McGUIGAN; CLYDE SAGERS; | ) | |
| DAVID E. PIERCE, Jr.; JOHN SALAS; STEVEN | ) | |
| BOONE;  BRANDON RICHARDSON; | ) | |
| WILLIAM FAUST; LACHELLE GREEN; | ) | JURY TRIAL DEMANDED |
| RONALD HOSTERMAN; CERTAIN | ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF | ) | |
| THE STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION; and STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26 (f),

IT IS ORDERED that:

1.      **Pre-Discovery Disclosures.**   The parties will exchange by **October 15,
2005** the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2.

2.      **Joinder of other Parties and Amendment of Pleadings.**   All motions to
join other parties and amend the pleadings shall be filed on or before **April 15, 2006.**

3.      **Settlement Conference.**   Pursuant to 28 U.S.C. § 636, this matter is
referred to the Magistrate Judge Thynge for the purpose of exploring the possibility of a
settlement.  If the parties agree that they would benefit from a settlement conference, the
parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as
to be completed no later than the Pretrial Conference or a date ordered by the Court.

4.      **Discovery**.

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **August 15, 2006.**

(b) Maximum of 50 interrogatories by each party to any other party.

(c) No limit on requests for admission by each party to any other party.

(d) Maximum of 30 depositions by plaintiff and 30 by defendants. Depositions shall not commence until the discovery required by Paragraph 4 (a,b and c) are completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26 (a) (2) are due from the plaintiff by **April 15, 2006**; from the defendants by **July 15, 2006.**

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5.      **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b)  All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)  Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d)  There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6.      **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before **April 15, 2006.**

7.      **Case Dispositive Motions.**   Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **September 15, 2006.**  Briefing shall be pursuant to D. Del. LR 7.1.2, except that any party shall have at least thirty (30) days to respond to an opening brief.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

8.      **Applications by Motion.**

(a)  Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Briefs shall be limited to no more than ten (10) pages.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court

will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference. The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.


_____          _____
DATE                              UNITED STATES DISTRICT JUDGE