## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA ARNOLD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1346-JJF |
| RUTH ANN MINNER, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **7th** day of **September, 2005**.

IT IS ORDERED that the teleconference scheduled for Friday, September 23, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Friday, October 14, 2005 at 8:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE