IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1346-JJF |
| | ) | |
| RUTH ANN MINNER; STANLEY TAYLOR; | ) | |
| PAUL HOWARD; THOMAS CARROLL; | ) | |
| LAWRENCE McGUIGAN; CLYDE SAGERS; | ) | |
| DAVID E. PIERCE, Jr.; JOHN SALAS; STEVEN | ) | |
| BOONE; BRANDON RICHARDSON; | ) | |
| WILLIAM FAUST; LACHELLE GREEN; | ) | JURY TRIAL DEMANDED |
| RONALD HOSTERMAN; CERTAIN | ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF | ) | |
| THE STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION; and STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on October 7, 2005, two true and correct copies of the foregoing documents:

1. *Plaintiff's First Set of Interrogatories Directed to Defendant Lachelle Green*

2. *Plaintiff's First Set of Interrogatories Directed to Defendant Ruth Ann Minner*

3. *Plaintiff's First Set of Interrogatories Directed to Defendant Stanley Taylor*

4. *Plaintiff's First Set of Interrogatories Directed to Defendant Lawrence McGuigan*

5. *Plaintiff's First Requests for Production of Documents Directed to Defendant Lachelle Green*

6. *Plaintiff's First Requests for Production of Documents Directed to Defendant Ruth Ann Minner*

7. *Plaintiff's First Requests for Production of Documents Directed to Defendant Stanley Taylor*

8. *Plaintiff's First Requests for Production of Documents Directed to Defendant Lawrence McGuigan*

9. *Plaintiff's First Request for Entry Upon the Delaware Correctional Center Premises for Inspection, Photographing and Other Purposes Directed to Defendant Stanley Taylor*

were caused to be served on the following attorney of record by hand delivery:

Richard W. Hubbard, DAG
Aaron R. Goldstein, DAG
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

*/s/*

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

THE LAW OFFICE OF
HERBERT G. FEUERHAKE

*/s/*

Herbert G. Feuerhake (#2590)
521 West Street
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
Attorney for Plaintiff

DATED: October 7, 2005

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on October 7, 2005, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

Richard W. Hubbard, DAG
Aaron R. Goldstein, DAG
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorneys for Plaintiff