IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1346-JJF |
| | ) | |
| RUTH ANN MINNER; STANLEY | ) | JURY TRIAL DEMANDED |
| TAYLOR; PAUL HOWARD; THOMAS | ) | |
| CARROLL;  LAWRENCE McGUIGAN; | ) | |
| CLYDE SAGERS; DAVID E. PIERCE, Jr.; | ) | |
| JOHN SALAS; STEVEN BOONE; | ) | |
| BRANDON RICHARDSON;  WILLIAM | ) | |
| FAUST; LACHELLE GREEN; RONALD | ) | |
| HOSTERMAN;  and CERTAIN | ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES | ) | |
| OF THE DEPARTMENT OF | ) | |
| CORRECTION; | ) | |
| | ) | |
| Defendants. | ) | |

## RE-ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein and Chief Deputy Attorney General Carl Danberg on behalf of Defendants Governor Ruth Ann Minner, Commissioner Stanley Taylor, Bureau Chief Paul Howard, Warden Thomas Carroll, Warden Lawrence McGuigan, Cpt. Clyde Sagers, Deputy Warden David E. Pierce, Sgt. John Salas, Lt. Stephen Boone, Sgt. Brandon Richardson, Sgt. William Faust,  Lachelle Green, and Administrator Ronald Hosterman.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

| | |
|---|---|
| **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** |
| /s/ Aaron R. Goldstein<br>Aaron R. Goldstein<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>aaron.goldstein@state.de.us | /s/ Carl Danberg<br>Carl Danberg<br>Chief Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>carl.danberg@state.de.us |

Dated: November 2, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on November 2, 2005, I electronically filed *Re-Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Jeffrey K. Martin, Esquire; Herbert G. Feuerhake, Esquire; Richard. W. Hubbard, Esquire

| | |
|---|---|
| /s/ Aaron R. Goldstein | /s/ Carl Danberg |
| Department of Justice | Department of Justice |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| aaron.goldstein@state.de.us | carl.danberg@state.de.us |