IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1346-JJF |
| | ) | |
| RUTH ANN MINNER; STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL; LAWRENCE McGUIGAN; CLYDE SAGERS; DAVID E. PIERCE, Jr.; JOHN SALAS; STEVEN BOONE; BRANDON RICHARDSON; WILLIAM FAUST; LACHELLE GREEN; RONALD HOSTERMAN; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE DEPARTMENT OF CORRECTION; and STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by Cassandra Arnold, her attorneys, and the attorneys for each of the Defendants, that any and all of the Plaintiffs' claims against them are dismissed with prejudice in relation to the above-captioned action.

| | |
|---|---|
| MARGOLIS EDELSTEIN | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Jeffrey K. Martin | /s/ Carl C. Danberg |
| Jeffrey K. Martin | Carl C. Danberg |
| 1509 Gilpin Avenue | Attorney General of the State of Delaware |
| Wilmington, DE 19806 | Carvel State Office Building |
| (302) 777-4680 | 820 N. French Street, 6th floor |
| Attorney for Plaintiff Cassandra Arnold. | Wilmington, DE 19801 |
| | (302) 577-8400 |
| | Attorney for Defendants. |

THE LAW OFFICE OF HERBERT G. FEUERHAKE

_____
Herbert G. Feuerhake, Esquire
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
(302) 658-6101
Attorney for Plaintiff Cassandra Arnold.


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Richard W. Hubbard
Aaron R. Goldstein
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants.

DATE: 1/30/06